**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

AUDREY CHAMPER,

    Plaintiff,

v.                                Case No. 6:16-cv-00569-CEM-GJK

NAVIENT SOLUTIONS, INC.,

    Defendant.
_____/

**NOTICE OF PENDING SETTLEMENT**

Defendant, Navient Solutions, Inc., (NSI), by and through undersigned counsel, hereby submits this Notice of Pending Settlement and states the parties have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: January 11, 2017

                                                Respectfully submitted,

                                                /s/ Rachel A. Morris
                                                Rachel A. Morris, Esq.
                                                Florida Bar No.: 091498
                                                Dayle M. Van Hoose, Esq.
                                                Florida Bar No. 0016277
                                                SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
                                                3350 Buschwood Park Drive, Suite 195
                                                Tampa, Florida 33618
                                                Telephone:   (813) 890-2469
                                                Facsimile:    (866) 466-3140
                                                rmorris@sessions.legal
                                                dvanhoose@sessions.legal

*Attorneys for Defendant,*
*Navient Solutions, Inc.,*

**CERTIFICATE OF SERVICE**

I certify that on this 11th day of January 2017, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system or U.S. First Class Mail including plaintiff's counsel as described below. Parties may access this filing through the Court's system.

Amanda J. Allen, Esq.
William P. Howard, Esq.
Stefan A. Alvarez, Esq.
The Consumer Protection Firm
210-A South MacDill Avenue
Tampa, FL 33609

/s/ Rachel A. Morris
Attorney